IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JERALD KEITH DAVIS                                           PLAINTIFF

v.                          Civil No. 06-5032

SHERIFF TIM HELDER;
LT. MUGGY; SGT. CAMBRON;
CPL. FREEMAN; and TWO JOHN
DOE ARRESTING OFFICERS                              DEFENDANTS

## ORDER

On or about December 6, 2005, the plaintiff Jerald Keith Davis, date of birth April 7, 1961, was arrested and charged with domestic battery in the second degree. Davis was arrested by two officers of the Fayetteville Police Department. Davis has been unable to provide the court with the names of the two arresting officers.

**The clerk of court is directed to issue a Rule 45 subpoena** directed to the Fayetteville Police Department, 100-A W. Rock Street, Fayetteville, Arkansas 72701. The subpoena should direct the Fayetteville Police Department to produce the arrest report and/or any documentation that contains the names of the arresting officers. The documents should be produced by **November 15, 2006.**

IT IS SO ORDERED this 31st day of October 2006.

                                                              /s/ Beverly Stites Jones
                                                              UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)