IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JERALD KEITH DAVIS                                                                                          PLAINTIFF

v.                                     Civil No. 06-5032

SHERIFF TIM HELDER;
LT. MUGGY; SGT. CAMBRON;
CPL. FREEMAN' CPL. KNOTTS;
and OFFICER TWARDOWSKI                                                                          DEFENDANTS

## ORDER

On December 19, 2005, mail sent to the plaintiff at the Arkansas Department of Correction (ADC) Varner Unit, was returned as undeliverable. There was no notation on the envelope. The website maintained by the ADC shows the plaintiff Jerald Keith Davis, #135630, is currently incarcerated at the Varner Unit, P.O. Box 600, Grady, AR 71644-0600. This is the address contained on the court's docket sheet. The clerk is directed to re-mail all returned mail to the plaintiff at the Varner Unit making sure that plaintiff's inmate number is noted on the outside of the envelope.

IT IS SO ORDERED this 20th day of December 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)