IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JERALD KEITH DAVIS                                                    PLAINTIFF

          v.                        Civil No. 06-5032

SHERIFF TIM HELDER;
LT. MUGGY; SGT. CAMBRON;
CPL. FREEMAN; CPL. KNOTTS;
and OFFICER TWARDOWSKI                                               DEFENDANTS

**O R D E R**

          Defendants have filed motions for summary judgment (Doc. 26 and Doc. 32).  To assist

plaintiff in responding to the motions, the court is propounding a questionnaire.  The court will

consider plaintiff's response to the questionnaire in issuing a report and recommendation on the

summary judgment motions.

          For this reason, Jerald Keith Davis is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motions on or before **January 8, 2008**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

          IT IS SO ORDERED this 11th day of December 2007.


                              /s/ _J. Marschewski_
                              HON. JAMES R. MARSCHEWSKI
                              UNITED STATES MAGISTRATE JUDGE


-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JERALD KEITH DAVIS                                                    PLAINTIFF

          v.                          Civil No. 06-5032

SHERIFF TIM HELDER;
LT. MUGGY; SGT. CAMBRON;
CPL. FREEMAN; CPL. KNOTTS;
and OFFICER TWARDOWSKI                                               DEFENDANTS

**RESPONSE TO SUMMARY JUDGMENT MOTIONS**

TO:  JERALD KEITH DAVIS

          These questions and answers will serve as your response to the motions for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **January 8, 2008.**

          1.  Corporal Roy Knotts is a police officer with the Fayetteville Police Department.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit B[1] at

page 1.

_____

_____

_____

_____

---

[1]The exhibits submitted with the motion for summary judgment filed by Corporal Roy Knotts and Officer Paul Twardowski are designated by letters of the alphabet.  The exhibits submitted with the motion for summary judgment filed by Sheriff Tim Helder, Lt. Muggy, Sgt. Cambron and Cpl. Freeman have numerical designations.

-2-

2.  Officer Paul Twardowski is a police officer with the Fayetteville Police Department.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit C at page 1.

_____

_____

_____

_____

3.  On December 6, 2005, Knotts and Twardowski responded to a domestic disturbance call at your residence at 112 South Hill Street, Apartment 2 in Fayetteville, Arkansas.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibits A, B, and C at page 1.

_____

_____

_____

_____

4.  Charlotte Davis was complaining about her arm and told Knotts and Twardowski she thought it was broken.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit A at page 4.

_____

_____

_____

_____

5.  Is Charolette Davis your wife?

Answer:  Yes _____ No _____.

If you answered no, please explain who she is.

_____

_____

_____

_____

6.  Charolette Davis also stated:  "He had no right to do this to me."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit A at page 4.

_____

_____

_____

_____

7.  Charolette Davis was transported by emergency medical personnel to Washington

-4-

Regional hospital.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit A at page

4.

_____

_____

_____

_____

8. Charolette told the police you had slapped her and punched her four or five times

and dragged her outside the apartment.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit A at page

5.

_____

_____

_____

_____

9. You were arrested and taken into custody.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit A at page

5.

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

10.  You were transported to the Washington County Detention Center (WCDC) and charged with Domestic Battery 2nd.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit A at page 5.

_____

_____

_____

_____

11.  Charolette was diagnosed with a small fracture to her foot, a small fracture to her right arm, and a dislocated right elbow.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit A at page 5.

_____

_____

_____

_____

12.  During the course of the arrest, Twardowski removed your photo identification

from your wallet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibits B and C

at page 2.

_____

_____

_____

_____

13(A).  Neither Twardowski or Knotts took your wallet or keys.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibits B and C

at page 2.

_____

_____

_____

_____

(B).  You allege the officers would not allow you to have your keys and billfold.

Please explain in detail:  (a) where your keys and billfold were; (b) who had possession of

your keys and billfold; (c) how you believe the officers not allowing you to have these items

violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     14(A). Knotts and Twardowski did not give possession of the apartment to

Charolette.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit B and C at

AO72A
(Rev. 8/82)

page 2.

_____

_____

_____

_____

  (B).  Charolette was not at the apartment when you were taken into custody but instead had been, or was in the process of being, transported by emergency medical personnel to the hospital.

  Agree_____ Disagree_____Without knowledge to agree or disagree_____.

  If you disagree, explain.  In explaining, please refer to Defendants' Exhibit A.

_____

_____

_____

_____

  15.  After the evening of December 6, 2005, Knotts and Twardowski had no further contact with Charolette.

  Agree_____ Disagree_____Without knowledge to agree or disagree_____.

  If you disagree, explain.  In explaining, please refer to Defendants' Exhibits B and C at page 2.

_____

_____

_____

_____

16.  Were you and Charolette living together in the apartment on December 6, 2005?

Answer:  Yes _____ No _____.

If you answered yes, please explain what you mean when you allege Knotts and Twardowski failed to properly secure your apartment.

_____

_____

_____

_____

If you answered no, please explain why she was there that evening.

_____

_____

_____

_____

17.  You were convicted of the domestic battery charge.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

18.  You were booked into the WCDC on December 7th.

-10-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 1.

_____

_____

_____

_____

19. You remained incarcerated there until March 30th when you were transported to the Arkansas Department of Correction (ADC).

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 2.

_____

_____

_____

_____

20.  When you were booked in on December 7th, you had the following items of personal property:  a black shirt; blue jeans; a gray sweater; white shoes; one picture identification; nine keys; and one key ring.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 3.

-11-

_____

_____

_____

_____

21. On December 18, 2005, you submitted a medical request stating that the wool blanket you were sleeping with was "itching" you "to no end." You indicated you had small rashes until you had been up for awhile. You asked for a different kind of blanket that was still warm.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

_____

_____

22. On December 19th Nurse Bradley examined you and noted that you had no rash present at that time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

-12-

_____

_____

23.  On December 30th you requested, and were provided with, the address of the

probation and parole office so you could talk to your parole officer.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

1.

_____

_____

_____

_____

24.  On January 13, 2006, you submitted a grievance stating the guards frequently

threatened to take privileges away because the pod was not clean.  However, you stated you

could not even get sanitizer.  With that many men living in one confined space, you indicated

it was necessary for you to have the right cleaning supplies.  Although you asked for supplies,

you stated it did no good.  If the B pod was cleaner, you asked to be transferred there.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

3.

_____

_____

_____

-13-

_____

     25.  In response, you were told sanitizer was provided and used.  You were told after the initial supply ran out additional fluid was acquired and then provided.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 3.

_____

_____

_____

_____

     26. On January 15th you submitted a medical requesting stating that you had a hard knot at the "V" in your ribs that hurt when you laid down and one in your right arm.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

     27.  You were examined by Nurse Bradley on January 16th.  She felt no knots.  She stated she would monitor you.  She put you on the list to see the doctor.  She also prescribed Ibuprofen, three times a day, as needed, for fourteen days.

-14-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

28.  On January 17th you requested and were given a legal envelope.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

4.

_____

_____

_____

_____

29. On January 18th you were seen by the doctor.  He noted you were complaining of

pain in your upper abdomen.  He did not feel any knot in your abdomen.  He prescribed

Zantac 150 mg. twice a day for one week and told you to increase your intake of water.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

-15-

_____

_____

_____

30. On January 23rd you asked for a book to teach Spanish.  With no one on the outside to help, you stated you felt it was a good start on rehabilitation.  In response, you were told you would needed to contact a family member to bring you a book.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 11.

_____

_____

_____

_____

31.  On January 24th you requested, and received, two legal envelopes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 6.

_____

_____

_____

_____

_____

-16-

32(A).  On January 29th you submitted a medical request stating that you were receiving Zantac twice daily.  You indicated the nurse had it down as twice daily a.m. and p.m.  However, you stated you were getting the p.m. dose right after lunch.  You asked if you could get the p.m. dose at last med call so that it helped at lunch.  You indicate you were told no by Barker.  You asked if the dosage could be spread out instead of being given back to back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

(B).  On January 30th Nurse Bradley spoke with you.  She indicated you complained about the p.m. dose being given after lunch.  She explained that it was being given to you before supper.  She noted you were cursing at her and threatening to sue.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

-17-

_____

33.  On January 29th you submitted a request asking for the names and badge

numbers of the officer who brought you in on December 6th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2at page 7

_____

_____

_____

_____

34.  In response, Burton stated they did not have access to that information.  Burton

said you should contact your attorneys for that information.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

7.

_____

_____

_____

_____

35.  On February 6th you requested, and were given, two legal envelopes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

11.

-18-

_____

_____

_____

_____

36.  On February 19th you submitted a medical request stating you had received

medicine in the morning but none in the evening.  You said there was more left on the card

but Deputy Loque could not find it.  You said if you were to pay for it, you wanted to finish

it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

4.

_____

_____

_____

_____

37.  In response, Nurse Bradley stated that the Zantac was only for a certain length of

time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

4.

_____

_____

-19-

_____

_____

38.  On February 22nd you submitted a grievance about Deputy Kimball.  You stated you asked him for a 3X shirt and a 2X pants and he said they had to be the same.  Then you said he gave inmates Willis, Galloway, and Mendoza, different size shirts and pants.  You stated you confronted Deputy Kimball again and repeated your request and were refused.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 9.

_____

_____

_____

_____

39.  In response, you were told the same day that the matter had been addressed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 9.

_____

_____

_____

_____

40.  On March 12th you requested, and were given, two legal envelopes.

-20-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 10.

_____

_____

_____

_____

41.  On March 13th you submitted a medical request about a rash on your arm.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

42.  The following day Nurse Bradley examined you and noted a slight red area.  She prescribed Hydrocortisone (HCT) cream.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

-21-

_____

_____

43. On March 14th a judgment and commitment order was filed showing you entered a negotiated plea of guilty to nonsupport (revocation) and domestic battery and were sentenced to seventy-two months in jail. On the domestic battery charge, forty-eight months of the seventy-two month sentence was suspended.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 1 at pages 4-7.

_____

_____

_____

_____

44. On March 15th you submitted a medical request. You stated two days ago you had seen the nurse about your rash. You stated she said she would get you a cream for the rash. You indicated you still hadn't received the cream.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 3 at page 6.

_____

_____

_____

-22-

_____

45.  In response, on March 16th Nurse Bradley wrote "HCT cream."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

6.

_____

_____

_____

_____

46.  On March 17th you submitted a request stating that your commitment papers said

both ADC and a regional punishment facility (RPF).  You stated you wanted to know which

one you were waiting for.  In response, you were provided a copy of your documents.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

11.

_____

_____

_____

_____

47.  You were released to the custody of the ADC on March 30th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

-23-

2.

_____

_____

_____

_____

48.  The WCDC contracts with Aramark to provide menus and meals that satisfy the

nutritional recommended daily allowances including proteins, vitamins, and minerals.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4.

_____

_____

_____

_____

49.  The menus are approved by a licensed dietician to ensure that all nutritional

requirements are satisfied.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4.

_____

_____

_____

_____

50.  The menus contained on Defendants' Exhibit 4 are representative of the meals

-24-

you received while at the WCDC.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4.

_____

_____

_____

_____

      51.  You received three meals a day while at the WCDC.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.

_____

_____

_____

_____

      52.  The meals were sufficient to maintain your health.

      Agree_____ Disagree_____Without knowledge to agree or disagree_____.

      If you disagree, explain.

_____

_____

_____

_____

      53.  You were able to send and receive both personal and legal mail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

54.  You were able to communicate with your attorney.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

55.  You could use the phone to call your attorney.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

56.  Your attorney could visit you at the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-26-

If you disagree, explain.

_____

_____

_____

_____

57.  You were allowed access to the law library.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

58.  Did you miss any deadlines for filing any documents with a court?

Answer:  Yes _____ No _____.

If you answered yes, please state what deadline you missed and what court the

document had to be filed in.

_____

_____

_____

_____

59.  Were you prevented from filing any cases?

Answer:  Yes _____ No _____.

-27-

If you answered yes, please state what cases and indicate whether you have now filed those cases.

_____

_____

_____

_____

60.  You indicate you and thirty other inmates were locked down.  Please state:  (a) whether you were on lock-down or simply housed in a administrative segregation pod; (b) whether all inmates in the pod were subjected to the same conditions as you were; (c) which defendants put you on lock-down; (d) the date you were put on lock-down; (e) why you were put on lock-down; (f) the day you were taken off lock-down; (g) how being on lock-down harmed you; (h) whether you were charged with a disciplinary violation; (i) how being on lock-down was different from being in a different area of the jail; and (j) whether you submitted a grievance about being on lock-down.

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

-29-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

61.   With respect to the distribution of medication, please state:  (a) what medication you were taking; (b) how long you were taking the medication; (c) how many times a day you took the medication; (d) who handed out the medication; (e) whether you ever received the wrong medication; (f) how often you received the wrong medication; (g) what you did when you received the wrong medication; and (h) whether you suffered any physical injury or illness when you received the wrong medication.  If you did, please explain what physical injury or illness you suffered.

_____

_____

_____

-30-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     62.  You indicate you were not allowed to have your Bible from 5 a.m. to 9 a.m. for a period of seven weeks.  Please state:  (a) whether you were allowed to have your Bible the rest of the time; (b) who refused to allow you to have your Bible between the hours of 5 a.m. and 9 a.m.; (c) the reason given for refusing to let you have your Bible between these hours; (d) other than not having your Bible between these hours were you able to worship and

follow the dictates or your religion; (e) how were you harmed by not having your Bible

during these hours; and (f) after seven weeks were you allowed to have your Bible all the

time?

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-32-

63.  With respect to your claim that you were not given yard call everyday or were given yard call too early in the morning, please answer the following:  (a) what days of the week did you have yard call; (b) was yard call offered at a specific time; (c) could you exercise in your cell or day-room when you did not have yard call; (d) did the named defendants deny you yard call.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-33-

64.  Please explain how your federal constitutional rights were violated by your grievances not being responded to.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

65.  Please explain how mail was distributed to inmates and what days mail was distributed to inmates.

_____

_____

-34-

_____

_____

66.  Please explain how your federal constitutional rights were violated by mail not

being distributed to inmates on Saturdays.

_____

_____

_____

_____

_____

_____

_____

_____

67.  Please explain in detail what you mean when you allege Corporal Freeman failed

to return government documents to you in a timely manner.  In doing so, please state how

your federal constitutional rights were violated by Corporal Freeman's actions.

_____

_____

_____

_____

_____

_____

_____

-35-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

68.   Please explain in detail how you believe Sheriff Tim Helder violated your

federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

     69.  Please explain in detail how you believe Lt. Muggy violated your federal

constitutional rights.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-37-

_____

_____

_____

70.  Please explain in detail how you believe Sgt. Cambron violated your federal

constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-38-

_____

_____

_____

_____

    71.  Please explain in detail how you believe Cpl. Freeman violated your federal

constitutional rights.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-39-

_____

_____

_____

_____

_____

72.  The WCDC had medical staff.  Please indicate how you believe your rights were

violated by the fact that medical staff were not there twenty-four hours a day.

Answer:

_____

_____

_____

_____

_____

_____

_____

73.  Under section 1983, an individual may be sued in his official capacity, in his

individual capacity, or in both capacities.  An official capacity claim is the same as a claim

against the entity for whom the individual works and requires a showing of a custom or

policy.  Ordinarily, if you fail to state what capacity you are suing an individual in, the law

presumes you are bringing only an official capacity claim.  An individual capacity claim

seeks to hold the individual personally liable.  Did you intend to bring an official capacity

-40-

claim, an individual capacity claim, or both types of claims against the defendants?

Answer:

_____

_____

_____

_____

74.  You did not file a grievance regarding denial of access to the law library.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

75.  You did not file a grievance about not having access to your Bible between the

hours of 5 a.m. and 9 a.m.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

76.  You did not file a grievance about not having yard call every day.

-41-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

77.  You did not file a grievance about the meals you were being served not meeting

nutritional requirements.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

78.  You did not file a grievance about mail not being distributed on Saturdays.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

79.  You did not file a grievance about medication being distributed by deputies who

were not trained or certified.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

80.  You did not file a grievance about not getting responses to your grievances.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

81.  You were able to file this case while incarcerated at the WCDC.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

82.  You did not miss any deadlines for filing documents with this court.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

Detail below any further response you would like to make to the motions for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-44-

-45-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

     EXECUTED ON THIS _____ DAY OF _____ 2007.


                                 _____
                                      JERALD KEITH DAVIS