IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


JERALD KEITH DAVIS                                                    PLAINTIFF

v.                         Civil No. 06-5032

SHERIFF TIM HELDER;
LT. MUGGY; SGT. CAMBRON;
CPL. FREEMAN; CPL. KNOTTS;
and OFFICER TWARDOWSKI                                                DEFENDANTS

## O R D E R

Now on this 5th day of March, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #42, filed February 12, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **plaintifff's Complaint is hereby dismissed.**

**IT IS SO ORDERED.**


                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE